UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Allstate Insurance Company., et al.,

                        Plaintiffs,      1:19-cv-05702

         - against-           **Notice of Appearance**

New Century Pharmacy Inc., et al.,

                        Defendants.

---

Please take notice that Defendants Direct Rx Pharmacy Inc., Rafo Yaguda, Richmond Medical Care, P.C., Jean-Pierre Georges Barakat, M.D., Refill RX Pharmacy Inc., and Alexander Sharafyan appear in this action by the undersigned attorney and request the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, NY

November 13, 2019                             By: Nicholas Bowers, Esq.

                                                                 /s/
                                                      Gary Tsirelman, P.C.
                                                      *Attorneys for Defendants Named Herein*
                                                      129 Livingston Street
                                                      2nd and 3rd Floors
                                                      Brooklyn, NY 11201
                                                      (718)438-1200