UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW CENTURY PHARMACY INC., REFILL RX PHARMACY INC, MY RX PHARMACY, INC., DIRECT RX PHARMACY INC, EDUARD ARONOV, KATRIN MATATOV, ALEXANDER SHARAFYAN, BORIS KANDOV, RAFO YAGUDA f/k/a RAFAIL YAGUDAYEV, FIRST CLASS MEDICAL, P.C., NY MEDICAL ARTS, P.C., RICHMOND MEDICAL CARE P.C., GONY MEDICAL SERVICES P.C., LIFE HEALTH CARE MEDICAL, P.C., MANI USHYAROV, D.O., AMR A. EL-SANDUBY, M.D., JEAN-PIERRE GEORGES BARAKAT, M.D., TOMAS M. PATTUGALAN, JR., M.D., AND RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.,<br><br>Defendants. | C.A. No. 1:19-cv-05702-ENV-VMS |

**REQUEST TO ENTER DEFAULT AGAINST**
**RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.**

TO:   DOUGLAS C. PALMER, CLERK
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

1

Please enter default against Defendant, Rafael Antonio Delacruz-Gomez, M.D., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 for failure to plead or otherwise defend the above-captioned action as fully appears from the Court file herein and from the attached declaration of Shauna L. Sullivan.

SMITH & BRINK, P.C.

Richard D. King, Jr. (RK8381)
rking@smithbrink.com
Nathan A. Tilden (NT0571)
ntilden@smithbrink.com
Michael W. Whitcher (MW7455)
mwhitcher@smithbrink.com
Shauna L. Sullivan (SS5624)
ssullivan@smithbrink.com
Jasmine G. Vieux (JG1805)
jvieux@smithbrink.com
1325 Franklin Ave, Suite 320
Garden City, NY 11530
Ph: (347) 710-0050

Attorneys for the Plaintiffs,
*Allstate Insurance Company,*
*Allstate Property & Casualty Insurance Company*
*Allstate Indemnity Company, and*
*Allstate Fire & Casualty Insurance Company*

Dated: December 13, 2019