UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW CENTURY PHARMACY INC., REFILL RX PHARMACY INC, MY RX PHARMACY, INC., DIRECT RX PHARMACY INC, EDUARD ARONOV, KATRIN MATATOV, ALEXANDER SHARAFYAN, BORIS KANDOV, RAFO YAGUDA f/k/a RAFAIL YAGUDAYEV, FIRST CLASS MEDICAL, P.C., NY MEDICAL ARTS, P.C., RICHMOND MEDICAL CARE P.C., GONY MEDICAL SERVICES P.C., LIFE HEALTH CARE MEDICAL, P.C., MANI USHYAROV, D.O., AMR A. EL-SANDUBY, M.D., JEAN-PIERRE GEORGES BARAKAT, M.D., TOMAS M. PATTUGALAN, JR., M.D., AND RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D., <br><br> Defendants. | C.A. No. 1:19-cv-05702-ENV-VMS |

**CLERK'S CERTIFICATE**

  I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Rafael Antonio Delacruz-Gomez, M.D. has failed to file an Answer to Plaintiffs' Complaint. Accordingly, pursuant to Rule 55(a) of the Federal

1

Rules of Civil Procedure and Local Civil Rule 55.1, default is entered against Defendant, Rafael Antonio Delacruz-Gomez, M.D.

                                                Douglas C. Palmer, Clerk
                                                United States District Court for the
                                                Eastern District of New York

Dated: