UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEW CENTURY PHARMACY INC., REFILL RX PHARMACY INC, MY RX PHARMACY, INC., DIRECT RX PHARMACY INC, EDUARD ARONOV, KATRIN MATATOV, ALEXANDER SHARAFYAN, BORIS KANDOV, RAFO YAGUDA f/k/a RAFAIL YAGUDAYEV, FIRST CLASS MEDICAL, P.C., NY MEDICAL ARTS, P.C., RICHMOND MEDICAL CARE P.C., GONY MEDICAL SERVICES P.C., LIFE HEALTH CARE MEDICAL, P.C., MANI USHYAROV, D.O., AMR A. EL-SANDUBY, M.D., JEAN-PIERRE GEORGES BARAKAT, M.D., TOMAS M. PATTUGALAN, JR., M.D., AND RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.,<br><br>    Defendants. | C.A. No. 1:19-cv-05702-ENV-VMS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and

1

2

Defendants Richmond Medical Care P.C. and Jean-Pierre Georges Barakat, M.D., by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to Defendants Richmond Medical Care P.C. and Jean-Pierre Georges Barakat, M.D. with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Property & Casualty Insurance Company,*<br>*Allstate Indemnity Company, and*<br>*Allstate Fire & Casualty Insurance Company,*<br>By Their Attorneys: | Defendants,<br>*Richmond Medical Care P.C. and*<br>*Jean-Pierre Georges Barakat, M.D.,*<br>By Their Attorneys: |
| */s/ Michael W. Whitcher*<br>_____<br>Richard D. King, Jr. (RK8381)<br>Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Jasmine Garcia-Vieux (JG1805)<br>Smith & Brink, P.C.<br>350 Granite Street, Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | */s/ Nicholas Paul Bowers*<br>_____<br>Gary Tsirelman<br>Nicholas Paul Bowers<br>Gary Tsirelman, P.C.<br>129 Livingston Street<br>Brooklyn, NY 11201<br>(718) 438-1200 |
| Dated: July 8, 2020 | Dated: July 8, 2020 |

SO ORDERED:
Dated:     Brooklyn, New York
           _____July 10_____, 2020

          ____/s/ Eric N. Vitaliano_____
          Vitaliano, J.
          United States District Judge