UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NEW CENTURY PHARMACY INC., REFILL RX PHARMACY INC, MY RX PHARMACY, INC., DIRECT RX PHARMACY INC, EDUARD ARONOV, KATRIN MATATOV, ALEXANDER SHARAFYAN, BORIS KANDOV, RAFO YAGUDA f/k/a RAFAIL YAGUDAYEV, FIRST CLASS MEDICAL, P.C., NY MEDICAL ARTS, P.C., RICHMOND MEDICAL CARE P.C., GONY MEDICAL SERVICES P.C., LIFE HEALTH CARE MEDICAL, P.C., MANI USHYAROV, D.O., AMR A. EL-SANDUBY, M.D., JEAN-PIERRE GEORGES BARAKAT, M.D., TOMAS M. PATTUGALAN, JR., M.D., AND RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.,<br><br>　　　　Defendants. | C.A. No. 1:19-cv-05702-ENV-VMS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and

1

Defendants Direct Rx Pharmacy Inc and Rafo Yaguda f/k/a Rafail Yagudayev, by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to Defendants Direct Rx Pharmacy Inc and Rafo Yaguda f/k/a Rafail Yagudayev with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Direct Rx Pharmacy Inc and* |
| *Allstate Property & Casualty Insurance Company,* | *Rafo Yaguda f/k/a Rafail Yagudayev.,* |
| *Allstate Indemnity Company, and* | By Their Attorneys: |
| *Allstate Fire & Casualty Insurance Company,* | |
| By Their Attorneys: | |

*/s/ Michael W. Whitcher*
_____
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Michael W. Whitcher (MW7455)
Jasmine Garcia-Vieux (JG1805)
Smith & Brink, P.C.
350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

*/s/ Nicholas Paul Bowers*
_____
Gary Tsirelman
Nicholas Paul Bowers
Gary Tsirelman, P.C.
129 Livingston Street
Brooklyn, NY 11201
(718) 438-1200

Dated: July 8, 2020

Dated: July 8, 2020

SO ORDERED:
Dated:   Brooklyn, New York
         ____July 7_____, 2020

_____/s/ Eric N. Vitaliano_____
Vitaliano, J.
United States District Judge