UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEW CENTURY PHARMACY INC., REFILL RX PHARMACY INC, MY RX PHARMACY, INC., DIRECT RX PHARMACY INC, EDUARD ARONOV, KATRIN MATATOV, ALEXANDER SHARAFYAN, BORIS KANDOV, RAFO YAGUDA f/k/a RAFAIL YAGUDAYEV, FIRST CLASS MEDICAL, P.C., NY MEDICAL ARTS, P.C., RICHMOND MEDICAL CARE P.C., GONY MEDICAL SERVICES P.C., LIFE HEALTH CARE MEDICAL, P.C., MANI USHYAROV, D.O., AMR A. EL-SANDUBY, M.D., JEAN-PIERRE GEORGES BARAKAT, M.D., TOMAS M. PATTUGALAN, JR., M.D., AND RAFAEL ANTONIO DELACRUZ-GOMEZ, M.D.,<br><br>    Defendants. | C.A. No. 1:19-cv-05702-ENV-VMS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and

1

Defendants Refill Rx Pharmacy Inc. and Alexander Sharafyan, by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to Defendants Refill Rx Pharmacy and Alexander Sharafyan with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Property & Casualty Insurance Company,*<br>*Allstate Indemnity Company, and*<br>*Allstate Fire & Casualty Insurance Company,*<br>By Their Attorneys: | Defendants,<br>*Refill Rx Pharmacy Inc and*<br>*Alexander Sharafyan,*<br>By Their Attorneys: |
| */s/ Michael W. Whitcher*<br>_____<br>Richard D. King, Jr. (RK8381)<br>Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Jasmine Garcia-Vieux (JG1805)<br>Smith & Brink, P.C.<br>350 Granite Street, Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | */s/ Nicholas Bowers*<br>_____<br>Gary Tsirelman<br>Nicholas Paul Bowers<br>Gary Tsirelman, P.C.<br>129 Livingston Street<br>Brooklyn, NY 11201<br>(718) 438-1200 |
| Dated: March 15, 2021 | Dated: March 15, 2021 |

SO ORDERED:
Dated:     Brooklyn, New York
               March 16, 2021

/s/ Eric N. Vitaliano
_____
Vitaliano, J.
United States District Judge